IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZENITH INDUSTRIAL CORPORATION, | ) | No. 02-10754 (PJW) |
| | ) | |
| Debtor. | ) | Adv. Pro. No. 04-53015 |
| | ) | |
| ZENITH INDUSTRIAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. Case No. 05-30-KAJ |
| | ) | |
| LONGWOOD ELASTOMERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The court, having considered the Defendant's Motion for Leave to File Appeal (Docket Item ["D.I."] 1; the "Motion"), and having considered the papers filed in support and in opposition to the Motion, and having determined that, for the reasons stated in Plaintiff's Objection to Defendant's Motion for Leave to Appeal (D.I. 2), that the proposed appeal does not satisfy the requisites for interlocutory appeal because it does not involve a controlling question of law and it would not materially advance the ultimate termination of the litigation,

IT IS HEREBY ORDERED that the Motion (D.I. 1) is DENIED.

/s/ Kent Jordan
UNITED STATES DISTRICT JUDGE

June 7, 2005
Wilmington, Delaware